IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN D. AIKENS,                                                                                         PLAINTIFF
ADC # 160951

v.                         CASE NO. 4:25-cv-00670-JM-JTK

JAMES SHIPMAN, et al.                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Aikens's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 2) is DENIED.

Dated this 29th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE