# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALVIN D. AIKENS,**  **PLAINTIFF**
**ADC # 160951**

v.  CASE NO. 4:25-cv-00670-JM-JTK

**JAMES SHIPMAN, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss in Part (Doc. No. 15) is GRANTED;

2. Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

3. Plaintiff's due process claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

4. Plaintiff's requests for injunctive relief against Defendants in their personal capacities are DISMISSED without prejudice for failure to state a claim on which relief may be granted; and

5. Defendants Harris, Jackson, Shipman, and Slayden are TERMINATED as parties to this action.

Dated this 7th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE