**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALVIN D. AIKENS,**                                                                              **PLAINTIFF**
**ADC # 160951**

**v.**                                        **Case No. 4:25-cv-000670-JM-JTK**

**JAMES SHIPMAN, et al.**                                                        **DEFENDANTS**


## ORDER

Plaintiff Alvin D. Aikens's uncontested Motion to Dismiss (Doc. Nos. 49, 50) is

GRANTED.   Fed. R. Civ. P. 41(a).   This case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE