### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALVIN D. AIKENS,**                                                                    **PLAINTIFF**
**ADC # 160951**

**v.**                          **Case No. 4:25-cv-000670-JM-JTK**

**JAMES SHIPMAN, et al.**                                                       **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE